## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| CALVIN HORTON | CIVIL ACTION NO. 15-1707-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOBBY JINDAL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary injunction (Record Document 7) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of August, 2016.

*[signature]*
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE